No. 546. SHOTT *v.* CONROY, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *James G. Andrews, Jr.,* for petitioner.

No. 547. O'DONNELL *v.* SULLIVAN, SPECIAL AGENT, INTERNAL REVENUE SERVICE, ET AL. C. A. 1st Cir. Certiorari denied. *Lawrence F. O'Donnell,* petitioner, *pro se. Solicitor General Marshall, Acting Assistant Attorney General Pugh, Richard B. Buhrman* and *John M. Brant* for respondents.

No. 548. MCGARRY ET AL. *v.* RILEY, SPECIAL AGENT, INTERNAL REVENUE SERVICE. C. A. 1st Cir. Certiorari denied. *Lawrence F. O'Donnell, pro se,* and for other petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin, Richard B. Buhrman* and *John M. Brant* for respondent.

No. 599. LEA COUNTY ELECTRIC COOPERATIVE, INC., ET AL. *v.* NEW MEXICO ELECTRIC SERVICE CO. ET AL. Sup. Ct. N. M. Certiorari denied. *William M. Siegenthaler* for petitioners.

No. 600. CONTINENTAL GRAIN Co. *v.* DEFFES; and
No. 602. FEDERAL BARGE LINES, INC., ET AL. *v.* DEFFES. C. A. 5th Cir. Certiorari denied. *W. Ford Reese* for petitioner in No. 600. *A. J. Waechter, Jr.,* for petitioners in No. 602.

No. 601. CONVERSE ET AL. *v.* IGEL & Co., INC. Sup. Ct. Ohio. Certiorari denied. *Richard L. Miller* for petitioners. *Walter W. Grelle, Jr.,* for respondent.